No. 82–843.  WHEELING-PITTSBURGH STEEL CORP. *v.* DONOVAN, SECRETARY OF LABOR.  C. A. 3d Cir.  Certiorari denied.

No. 82–850.  GORDON *v.* TERRY ET AL.  C. A. 11th Cir. Certiorari denied.

No. 82–863.  HASTINGS, UNITED STATES DISTRICT JUDGE *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 82–864.  IMHOFF ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 82–867.  FAITH CENTER, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 82–872.  LEGNER *v.* UNION PACIFIC RAILROAD CO. C. A. 9th Cir.  Certiorari denied.

No. 82–883.  MICHIGAN *v.* GALLAGHER.  Ct. App. Mich. Certiorari denied.

No. 82–888.  HART *v.* UNIVERSITY OF TEXAS AT HOUSTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–890.  CITY OF NEW ORLEANS ET AL. *v.* MARTIN. C. A. 5th Cir.  Certiorari denied.

No. 82–892.  HANIGAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–903.  EMI LTD. *v.* BENNETT ET AL.  C. A. 9th Cir.  Certiorari before judgment denied.

No. 82–908.  REDHEAD, CO-EXECUTRIX OF THE ESTATE OF REDHEAD, ET AL. *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.